UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LAWRENCE JACKSON                                         CIVIL ACTION

VERSUS                                                   NUMBER: 14-2044

CAROLYN W. COLVIN, ACTING                                SECTION: "C"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment is denied, that Defendant's motion for summary judgment is granted, and that Plaintiff's suit is dismissed.

New Orleans, Louisiana, this 16th day of December, 2015.

                                                HELEN G. BERRIGAN
                                   UNITED STATES DISTRICT JUDGE